UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL MAYFIELD, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ACE AMERICAN INSURANCE COMPANY,<br><br>Defendant. | No.: 2:18-cv-01695-RSM<br><br>ORDER GRANTING EXTENSION OF INITIAL CASE DEADLINES |

This matter comes before the Court on the Parties' stipulated motion for extension of time for the Initial Case Deadlines.  Dkt. #11.

Finding good cause exists to extend these deadlines, it is hereby

ORDERED as follows:

| | **Original Date** | **New Date** |
|---|---|---|
| Deadline for FRCP 26(f) Conference: | 1/3/2019 | 1/31/2019 |
| Initial Disclosures Pursuant to FRCP 26(a)(1): | 1/10/2019 | 2/22/2019 |

/ / /

/ / /

|  | **Original Date** | **New Date** |
|---|---|---|
| Combined Joint Status Report and Discovery Plan as Required by RCP 26(f) and Local Civil Rule 26(f): | 1/17/2019 | 3/1/2019 |

DATED this 28th day of December, 2018.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE