# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MICHAEL MAYFIELD, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ACE AMERICAN INSURANCE COMPANY,<br><br>Defendant. | No.: 2:18-cv-01695-RSM<br><br>ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO FILE FIRST APPEARANCE |

This matter having come before the Court on the Unopposed Motion for Extension of Time for Defendant to File First Appearance. Dkt. #12. The Court having examined the court files and records, being fully advised, and for good cause shown;

IT IS HEREBY ORDERED that Defendant shall have until Thursday, January 31, 2019, to move, answer, object, or otherwise plead to the Complaint in this lawsuit.

DATED this 28th day of December, 2018.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE