UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MICHAEL MAYFIELD, on behalf of himself and others similarly situated,<br><br>     Plaintiff,<br><br>v.<br><br>ACE AMERICAN INSURANCE COMPANY,<br><br>     Defendant. | Civil Action No: 1:19-cv-02425-SDG |

## ORDER GRANTING JOINT MOTION TO STAY CASE PENDING SETTLEMENT

This Court having read and considered the Parties Joint Motion to Stay Case Pending Settlement, and for good cause shown, it is hereby ORDERED that the motion is GRANTED. The case is hereby STAYED. Plaintiff shall file his motion for preliminary approval of any class action settlement on or before August 1, 2021.

**SO ORDERED** this 28th day of May 2021.

_____
Hon. Steven D. Grimberg
United States District Judge