UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MICHAEL MAYFIELD, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ACE AMERICAN INSURANCE COMPANY,<br><br>Defendant. | No. 1:19-CV-2425-SDG |

**SECOND AFFIDAVIT OF ADAM J. BERGER IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION FOR SETTLEMENT CLASS CERTIFICATION AND PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

ADAM J. BERGER, under penalty of perjury under the laws of the United States, hereby declares as follows:

1. I am one of the attorneys for Plaintiff Michael Mayfield in this matter. I am over the age of eighteen and competent to testify to my personal knowledge of the facts below.

2. Since Plaintiff's Petition for Attorneys' Fees and Costs was filed on October 14, 2021, my firm has accrued an additional $1,646 in fees and $3 in costs.

1

3. A final statement of the fees and costs incurred by my firm is attached here as Exhibit 1.

DATED at Seattle, Washington this 25th day of January, 2022.

s/ *[signature]*
ADAM J. BERGER
SCHROETER GOLDMARK & BENDER
401 Union Street, Suite 3400
Seattle, WA 98101
Phone: (206) 622-8000
Email: berger@sgb-law.com

2

## **CERTIFICATE OF SERVICE**

I certify that I caused to be served via the Court's ECF system a true and correct copy of this document on the following counsel of record:

MENZER LAW FIRM, PLLC
Matthew N. Menzer
JohnDavid G. Toren
705 Second Avenue, Suite 800
Seattle, Washington 98104
Email: mnm@menzerlawfirm.com
Email: johndavid@menzerlawfirm.com

*Attorneys for Plaintiff*

BUCKLEY BEAL, LLP
Andrew Beal
Rachel Berlin Benjamin
600 Peachtree Street NE, Suite 3⁹
Atlanta, GA 30308
Email: abeal@buckleybeal.com
Email: rberlin@buckleybeal.com

*Attorneys for Plaintiff*

ALSTON & BIRD LLP
Tiffany L. Powers
H. Douglas Hinson
Emily Costin
Amanda Waide
Blake Crohan
1201 West Peachtree Street
Atlanta, GA 30309
Email: tiffany.powers@alston.com
Email: doug.hinson@alston.com
Email: emily.costin@alston.com
Email: Amanda.waide@alston.com
Email: blake.crohan@alston.com

*Attorneys for Defendant*

DATED at Vashon, Washington this 25th day of January, 2022.

        *s/ Mary Dardeau*
        Mary Dardeau, Legal Assistant
        SCHROETER GOLDMARK & BENDER

3

401 Union Street, Suite 3400
Seattle, WA 98101
Phone: (206) 622-8000
Fax: (206) 682-2305
Email: dardeau@sgb-law.com