UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MICHAEL MAYFIELD,
    Plaintiff(s),

vs.

ACE AMERICAN INSURANCE COMPANY,
    Defendant(s).

CIVIL ACTION FILE

NO. 1:19-CV-02425-SDG

## J U D G M E N T

This action having come before the court, Honorable Steven D. Grimberg, United States District Judge, for consideration of Class Action Settlement and Class Counsel's Fee Petition, and the court having Granted said motion, it is

**Ordered and adjudged** that Plaintiff's Counsel recover $290,484.56 as reasonable attorney's fees.

Dated at Atlanta, Georgia this 9th day of February, 2022.

KEVIN P. WEIMER
CLERK OF COURT

By:  s/ Jennifer K. Brown
  Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
February 9, 2022
Kevin P. Weimer
Clerk of Court

By:  s/Jennifer K. Brown
  Deputy Clerk